## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE  SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | 24-33549 |
| **LLONA A DOUBET** | § | **CASE NO.** |
| | § | **CHAPTER 7** |
| | § | |
| **Debtor(s)** | § | |

## DECLARATION OF LLONA A DOUBET UNDER PENALTY OF PERJURY

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, declares that he/she is capable of making this declaration and that all statements are made of his own knowledge and are true, and that all statements made on information and belief are believed to be true.

My name is Llona A Doubet. I am more than 21 years of age and capable of making this declaration. I am under no legal disability. I am in all ways qualified to make this declaration. I have personal knowledge of the facts stated herein and the stated facts are true.

Debtor certifies that he/ she is not required to file a Income Tax Return with the Internal Revenue Service.

Social Security

SIGNED this the __1__ day of __August__, 20_24_

_____
DEBTOR

THIS DECLARATION IS MADE UNDER PENALTY OF PERJURY.